JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CANIZALES CONDE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CITY COMPASSIONATE CAREGIVERS, INC., a California corporation,<br><br>*Defendant*. | Case No. CV 20-5302-MWF (MRWx)<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING DECERTIFICATION AND DISMISSAL**<br><br>JUDGE: Hon Michael W. Fitzgerald<br>CTRM: 5A |

# ORDER

Pursuant to the Stipulation of Plaintiff Juan Canizales Conde ("Plaintiff") and Defendant City Compassionate Caregivers, Inc., ("Defendant"), and good cause being shown thereby, it is hereby ORDERED that:

1. Conditional certification of Plaintiff's proposed Class is withdrawn and the proposed Class is hereby decertified; and

2. Plaintiff's claims are dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) without prejudice to members of the conditionally certified Class's right to bring claims.

**IT IS SO ORDERED.**

Dated: June 23, 2021

MICHAEL W. FITZGERALD
United States District Judge